# United States District Court
# Western District of North Carolina
# Charlotte Division

| | | |
|---|---|---|
| Alan R. J. R., | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 3:20-cv-00441-RJC-DSC |
| | ) | |
| vs. | ) | |
| | ) | |
| Bank of America Group Benefits Program Aetna Life Insurance Company, Defendant(s). | ) ) ) ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's February 9, 2022 Order.

February 9, 2022

Frank G. Johns, Clerk
United States District Court